## A99A0847. ALDRICH v. CITY OF LUMBER CITY et al.
(547 SE2d 725)

ELDRIDGE, Judge.

In *Aldrich v. City of Lumber City*, 273 Ga. 461 (542 SE2d 102) (2001), the Supreme Court reversed the judgment of this Court's opinion in *Aldrich v. City of Lumber City*, 241 Ga. App. 724 (530 SE2d 195) (1999). Therefore, we vacate our earlier opinion and adopt the opinion of the Supreme Court as our own.

*Judgment reversed. Blackburn, C. J., Pope, P. J., Johnson, P. J., Smith, P. J., Barnes and Ellington, JJ., concur.*

DECIDED APRIL 10, 2001.

*Larry N. Hollington,* for appellant.
*Drew, Eckl & Farnham, Daniel C. Kniffen, Terrence T. Rock,* for appellees.